PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 NOV 16 P 1: 56

CLERK _Burton_
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

Qing Hong Xiang

Crim. Nos. 4:07CR00223-2 and 4:07CR00312-3

On November 8, 2013, the above named was placed on supervised release for a period of five years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

_Lisa K Jacobs_
Lisa K. Jacobs
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ___16th___ day of ___November___, 2017.

_J. Randal Hall_
J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia